Roy VanNorTrick #708819
David Wade CorrecTional CenTer
670 Bell Hill Rd
Homer, LA. 71040

FREEDOM FOREVER/USA

SHREVEPORT LA 710
THU 17 APR 2025 PM

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 21 2025
DANIEL J. McCOY, CLERK
BY:

NOT RESPONSIBLE FOR CONTENTS
APR 17 2025
DWCC

United STaTes DisTricT CourT
WesTern DisTricT of Louisiana
300 Fannin ST STe. 1167
ShreveporT, LA. 71101

LEGAL
MAIL