**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

ROY VAN NORTRICK

VERSUS

MICHELE DAUZAT, ET AL.

CIVIL ACTION NO. 25-0535

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE HORNSBY

---

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 37, the Motion to Dismiss for Lack of Jurisdiction and the Motion to Dismiss for Failure to State a Claim filed by defendants, Record Documents 26 and 30, and having reviewed and considered the written objections to the Report and Recommendation filed by plaintiff, Record Document 40, and the opposition to plaintiff's objection, Record Document 41; after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motions to Dismiss filed by defendants, Record Documents 26 and 30, are **GRANTED** as follows: All of plaintiff's claims against the State of Louisiana through the Department of Public Safety and Corrections are **DISMISSED WITHOUT PREJUDICE**. All of plaintiff's claims against Warden Michele Dauzat, Dr. Linda Bunch (in her individual capacity), Unknown Medical Administrator, and Nurses Donna Carter, Veese Hamilton, Michele Williams, and

1

Kim Walker, are **DISMISSED** for failure to state a claim on which relief may be granted. All of plaintiff's claims against Dr. Linda Bunch (in her official capacity) are **DISMISSED WITHOUT PREJUDICE**. The only remaining defendant is Master Sgt. Louis Hamilton.

**DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of July, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE